```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS


MICHAEL J. DICENZO, JR.,          )
  Plaintiff                       )
                                  )
          v.                      )     C.A. No. 12-cv-30011-MAP
                                  )
BERKSHIRE SUPERIOR COURT,         )
ET AL.,                           )
  Defendants                      )
```

                          ORDER OF DISMISSAL

                           June 24, 2013

PONSOR, U.S.D.J.

    Pursuant to the court's order of May 20, 2013, this case is hereby DISMISSED for lack of prosecution.  The file may now be closed.

    It is So Ordered.

                                               /s/ Michael A. Ponsor
                                             MICHAEL A. PONSOR
                                             U. S. District Judge